**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ISAIAH CAMPOS, individually and on behalf of a class, | ) ) ) | |
| PLAINTIFF, | ) ) | Civil Action No. 18-cv-03299 |
| v. | ) ) | Hon. John Z. Lee |
| ALLIED INTERNATIONAL CREDIT CORP., (USA), | ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| DEFENDANT. | ) | |

## INITIAL STATUS REPORT

1.  **Nature of The Case**

    A.  The names and contact information for all attorneys of record are:

    For Plaintiff
    Celetha Chatman
    Michael J. Wood
    *Community Lawyers Group, Ltd.*
    73 W. Monroe, Suite 514
    Chicago, IL 60603
    Tel:  312-757-1880
    Fax: 312-265-3227
    Email:cchatman@communitylawyersgroup.com
    Email:mwood@communitylawyersgroup.com

    For Defendant
    Joseph D. Kern
    *Hinshaw & Culbertson LLP*
    151 North Franklin Street, Suite 2500
    Chicago, IL 60606
    Ph: 312-704-3417
    Email: JKern@hinshawlaw.com

B. Jurisdiction

    i. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

    ii. Plaintiff, Isaiah Campos ("Plaintiff"), is a resident of the State of Illinois, from whom Defendant attempted to collect a delinquent consumer debt allegedly owed for a defaulted consumer credit account.

    iii. Defendant, Allied International Credit Corp., (USA), ("AIC"), is a Delaware corporation that does or transact business in Illinois.

C. Nature of the Claims:

    i. AIC misrepresented the character of an alleged debt, in violation of 15 U.S.C. §§ 1692e, 1692e(2)(a) and 1692e(5) when it falsely stated the balance of an alleged debt was subject to potential "interest or other charges" when it would not change at a later date.

    ii. AIC failed to effectively state the name of the creditor to whom the debt is owed, in violation of 15 U.S.C. § 1692g(a)(2). *See Braatz v. Leading Edge Recovery Sols., LLC*, No. 11 C 3835, 2011 WL 9528479, at *1 (N.D. Ill. Oct. 20, 2011); *Walls v. United Collection Bureau, Inc.*, No. 11 C 6026, 2012 WL 1755751, at *2 (N.D. Ill. May 16, 2012).

D. Major Legal & Factual Issues

    i. For the Plaintiff: The keys issues for the Plaintiff will be whether Defendant is a debt collector; whether defendant was allowed to

charge interest or other charges on the account; whether the debt is a consumer debt, and the validity of Defendant's affirmative defenses.

    ii.  For the Defendant: Key issues include (1) whether the Court has jurisdiction over this matter pursuant to an arbitration clause, class action waiver, and forum selection clause in the agreement underlying the account; (2) and whether the debt at issue was a "consumer debt" such that the FDCPA would apply.

E.   Plaintiff seeks Under the FDCPA

    i.  Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

    ii.  Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)

    iii.  Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3); and

    iv.  Such other or further relief as the Court deems proper.

2.   Pending Motions:

    A.   The initial status hearing is set for July 10, 2018 at 9:00 a.m.

    B.   Currently there are no motions pending before the court.

3.   Consent to Proceed Before a United States Magistrate Judge

    A.   The Parties do not unanimously consent to proceed before the magistrate judge on all matters.

4.   Discovery Schedule:

    Plaintiff proposes the following discovery schedule:

    A.   MIDP Responses by July 27, 2018

        B.  Fact Discovery to close by January 31, 2019

        C.  Dispositive Motions to be filed by February 28, 2019.

   5.  Status of Settlement Discussions:

        A.  Plaintiff has not made a class demand.

        B.  Parties do not request a settlement conference at this time.


**Dated: July 2, 2018**

| Counsel for Plaintiff | Counsel for Defendant |
| --- | --- |
| *s/Celetha Chatman* | *s/ Joseph Kern* |
| Celetha Chatman | Joseph D. Kern |
| Michael J. Wood | *Hinshaw & Culbertson LLP* |
| Community Lawyers Group, Ltd. | 151 North Franklin Street, Suite 2500 |
| 73 W. Monroe, Suite 502 | Chicago, IL 60606 |
| Chicago, IL 60603 | Ph: 312-704-3417 |
| Tel: 312-757-1880 | Email: JKern@hinshawlaw.com |
| Fax: 312-265-3227 | |
| Email: | |
| cchatman@communitylawyersgroup.com | |
| mwood@communitylawyersgroup.com | |

## <u>CERTIFICATE OF SERVICE</u>

I, Celetha Chatman, an attorney, hereby certify that on July 2, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: June 14, 2017**                                                     Respectfully submitted,


                                                     By:  ___/s/ *Celetha Chatman*
                                                     One of Plaintiff's Attorneys